### 13233. GRESHAM *v.* THE STATE.

BROYLES, C. J. 1. When the exceptions to the charge of the court are considered in the light of the entire charge and the facts of the case, no harmful error is shown.

2. The defendant's conviction was authorized by the evidence, and, the finding of the jury having been approved by the trial judge, and no material error of law appearing, this court is without authority to interfere.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., dissents.*

DECIDED APRIL 14, 1922.

Conviction of having apparatus for making liquor; from Cobb superior court — Judge Blair. December 28, 1921.

*Mozley & Gann, Anderson & Roberts,* for plaintiff in error.

*John S. Wood, solicitor-general, Lindley W. Camp,* contra.